■ In the Matter of JOSEPH MARICONDA et al., Respondents, v. MARIO A. PROCACCINO, as Comptroller of the City of New York, et al., Appellants.— Judgment reversed, on the law and the facts, and petition dismissed, without costs. (See Matter of Serra v. Procaccino, 33 A D 2d 210.) Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.